ZELLER *v.* HARRIS.

## Benjamin Zeller v. Dwayne Harris.

*Practice in supreme court: What essential in case made.* Where a judgment of a justice of the peace is brought by *certiorari* to the circuit court, and there affirmed, and the judgment of the circuit court is brought to this court for review on case made after judgment, the return of the justice to the writ of *certiorari* is an essential part of the record, without which this court will not take jurisdiction of the cause.

*Heard and decided July 11.*

Case made after judgment from Cass Circuit.

Harris sued Zeller in *assumpsit* before a justice of the peace, and recovered judgment. Zeller removed the cause, by *certiorari*, to the circuit court for the county of Cass, where the judgment was affirmed. It now comes before this court upon what is intended as a case made after judgment. The case does not set forth the return of the justice to the writ of *certiorari*.

*Edward Bacon,* for plaintiff in *certiorari.*

*C. M. Alward,* for defendant in *certiorari.*

THE COURT held that the return of the justice to the writ of *certiorari* was an essential part of the record, without which this court would not take jurisdiction of the cause.

Case dismissed.